NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5025

**CNG TRANSMISSION MANAGEMENT VEBA,**

Plaintiff-Appellant,

v.

**UNITED STATES,**

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-541, Judge Lynn J. Bush.

ON MOTION

Before LINN, <u>Circuit Judge</u>.

## O R D E R

CNG Transmission Management VEBA moves without opposition for a 37-day extension of time, until June 10, 2009, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY -1 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Eric R. Fox, Esq.
Arthur Catterall, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK